```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
CONSOLIDATED EDISON CO.           :
OF NEW YORK, INC.,                :
                                  :
                    Plaintiff,    :
                                  :    ORDER
          - against -             :
                                  :    01 Civ. 8520 (DC)
UGI UTILITIES, INC.,              :
                                  :
                    Defendant.    :
                                  :
- - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2008

**CHIN, D.J.**

It having been reported to this Court that the above entitled action has been settled, IT IS HEREBY ORDERED that this action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within 60 days of the date of this order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated: New York, New York
       February 11, 2008

                                        _____
                                        DENNY CHIN
                                        United States District Judge