UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONSOLIDATED EDISON CO. )
OF NEW YORK, INC., )
                      Plaintiff, )
         - against - )
UGI UTILITIES, INC., )
                      Defendant. )

ORDER

01 Civ. 8520 (DC)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/2008

**CHIN, D.J.**

      Pursuant to the February 11, 2008 Order of this Court discontinuing this action with prejudice but without costs due to a pending settlement, the Court will allow the parties an additional 60 days from the date of this Order to consummate the pending settlement. Provided however, that if settlement is not consummated within 60 days of the date of this Order, either party may apply by letter within the 60-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

      SO ORDERED.

Dated:   New York, New York
            April 1, 2008

                                              DENNY CHIN
                                              United States District Judge