UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CONSOLIDATED EDISON COMPANY OF  )
NEW YORK, INC.,                 )
                                )
            Plaintiff,          )
                                )
vs.                             )   No. 01 CIV. 8520 (DC)
                                )
UGI UTILITIES, INC.,            )
                                )
            Defendant.          )

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

It is hereby ORDERED, this the 1st day of July, 2008, that the Stipulation of Dismissal with Prejudice is GRANTED, and that:

1. The above Stipulation is approved in all respects and made effective as an Order of this Court.

2. Based on the Stipulation set forth above, this proceeding is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

U.S.D.J.